UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

Richard Lucicosky,                        Civil No. 11-3358 (RHK/JSM)

         Petitioner,                        **ORDER**

v.

Bureau of Prisons, et.al.,

         Respondents.
_____

This matter is before the Court on the January 11, 2013, Report and Report and Recommendation of United States Magistrate Judge Janie S. Mayeron. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

     1. The Report and Recommendation (Doc. No. 17) is **ADOPTED**;

     2. Respondents' Motion to Dismiss (Doc. No. 11) is **GRANTED**; and

     3. Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 3) is **DISMISSED WITH PREJUDICE**.

     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 5, 2013

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Court